JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY ANN RODRIGUEZ,**  **Plaintiff,**  v.  **NANCY A. BERRYHILL**, Acting **Commissioner of Social Security,**  **Defendant.** | NO. SACV 17-610-KS  JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: July 16, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE